**No. 60611.**—Louis Greenberg & Son, Inc., et al. *v.* United States, protests 289127–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of Abstract 60247, the claim of the plaintiffs was sustained.